PROB 12C  
(7/93)

Report Date: July 26, 2013

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sergio Martinez-Buelvas         Case Number: 2:10CR00036-JLQ-001

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 9/24/2010

Original Offense:        Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2)

Original Sentence:       Prison - 8 Months              Type of Supervision: Supervised Release
                         TSR - 36 Months

Asst. U.S. Attorney:     Pamela J. Byerly               Date Supervision Commenced: 4/5/2011

Defense Attorney:        Amy Rubin                      Date Supervision Expires: 4/4/2014

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On July 15, 2013, Mr. Martinez-Buelvas was arrested in Okanogan, Washington for driving under the influence. He was booked into the Okanogan County Jail, where he remains in custody. |
| 2 & 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |

Prob12C
Re:  Martinez-Buelvas, Sergio
July 26, 2013
Page 2

**Supporting Evidence**: On July 25, 2013, the grand jury for the Eastern District of Washington returned a one-count indictment, charging the defendant with Alien in the United States After Deportation, in violation or 8 U.S.C. § 1326, under case number CR-13-115-FVS.

According to the above referenced indictment, the offender was deported from the United States at San Ysidro, California, on April 9, 2011. On July 15, 2013, Mr. Martinez-Buelvas was located in the United States, in Okanogan County, while being arrested for driving under the influence. The offender did not have advance legal permission from the United States Attorney General, or his designee, prior to returning to the United States, and is in violation of 8 U.S.C. 1326.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/26/2013

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

7/29/13
Date